IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KENNETH MOBLEY,                        *

    Plaintiff              *
                                            CASE NO. 3:06-CV-44 (CDL)
vs.                                    *

Michael J. Astrue, Commissioner        *
of Social Security
                                     *

    Defendant
                                     *

ORDER ON REPORT AND RECOMMENDATION

    After a *de novo* review of the record in this case, the Report and Recommendation of the United States Magistrate Judge filed September 11, 2007, has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, this case is remanded to the Commissioner for further administrative action consistent with the Report and Recommendation of the Magistrate Judge.

    IT IS SO ORDERED, this 28th day of September, 2007.

                                                        S/Clay D. Land
                                                          CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE